IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> TERUMO CARDIOVASCULAR SYSTEMS CORP., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No. _____ <br><br> DEMAND FOR JURY TRIAL |

### PLAINTIFFS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Cobe Cardiovascular, Inc. and Sorin Group Deutschland GMBH state that they are wholly-owned subsidiaries of Dideco S.r.L.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mnoreika@mnat.com
  Attorneys for Plaintiffs Cobe Cardiovascular, Inc. and Sorin Group Deutschland GMBH

OF COUNSEL:

David J.F. Gross
James W. Poradek
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

June 17, 2005