AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

Cobe Cardiovascular, Inc. and
Sorin Group Deutschland GMBH,

        Plaintiff,

   v.

Terumo Cardiovascular
Systems, Corp.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-410

TO:    The Corporation Trust Company
        c/o Terumo Cardiovascular Systems Corp.
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Jack B. Blumenfeld, Esquire
        Maryellen Noreika, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                             6/17/05

CLERK                                                                   DATE

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  June 17, 2005 |
| NAME OF SERVER (PRINT)  Dan Ciarrocki | TITLE  Runner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Personally served the Summons and Complaint on Brian Penrod at The Corporation Trust Company at 4:00 p.m. on June 17, 2005, registered agent for Terumo Cardiovascular Systems Corp.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/17/05__   _____
           Date              Signature of Server

Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure