IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH,<br><br>    Plaintiffs,<br><br>    v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS CORP.,<br><br>    Defendant. | C.A. No. 05-410 (JJF) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Defendant Terumo Cardiovascular Systems Corp. shall answer, move or otherwise respond to plaintiffs' complaint is hereby extended to and including August 8, 2005.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL | FISH & RICHARDSON, P.C. |
| /s/ Maryellen Noreika<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>Wilmington, Delaware  19801<br>(302) 658-9200<br><br>*Attorneys for Plaintiffs*<br>*Cobe Cardiovascular, Inc. and Sorin Group Deutschland GMBH* | /s/ William J. Marsden, Jr.<br>William J. Marsden, Jr. (#2247)<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801<br>(302) 778-8401<br><br>*Attorneys for Defendant*<br>*Terumo Cardiovascular Systems Corp.* |

       **SO ORDERED** this _____ day of _____, 2005.

                                                _____
                                                Honorable Joseph J. Farnan

80025566.doc