IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> TERUMO CARDIOVASCULAR SYSTEMS CORP., <br><br> Defendant. | C.A. No. 05-410 (JJF) |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Terumo Cardiovascular Systems Corporation, by and through their counsel, hereby disclose that:

Terumo Cardiovascular Systems Corporation is a nongovernmental corporate party in the above-captioned action. It is a wholly owned subsidiary of Terumo Corporation, located at 2-44-1, Hatagaya, Shibuya-ku, Tokyo, 151-0072 Japan, the parent corporation. Terumo Corporation is the only publicly-held corporation that owns 10% or more of Terumo Cardiovascular Systems Corporation's stock.

Dated: August 8, 2005        FISH & RICHARDSON P.C., P.A.

By: /s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    FISH & RICHARDSON P.C.
    919 North Market Street, Suite 1100
    Wilmington, DE 19801
    (302) 778-8401

    Mathias W. Samuel
    Ann Cathcart Chaplin
    Courtney Nelson Wills
    FISH & RICHARDSON P.C., P.A.
    60 South Sixth Street, Suite 3300
    Minneapolis, MN 55402
    (612) 335-5070

Attorneys for Defendant
TERUMO CARDIOVASCULAR SYSTEMS CORP.

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed the attached **RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esq. | Attorneys for Plaintiffs |
| Maryellen Noreika, Esq. | Cobe Cardiovascular, Inc. and Sorin |
| Morris, Nichols, Arsht & Tunnell | Group Deutschland GMBH |
| 1201 North Market Street | |
| P.O. Box 1347 | |
| Wilmington, DE 19899-1347 | |

I hereby certify that on August 8, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| David J.F. Gross, Esq. | Attorneys for Plaintiffs |
| James Poradek, Esq. | Cobe Cardiovascular, Inc. and Sorin |
| Julie Knox Chosy, Esq. | Group Deutschland GMBH |
| Faegre & Benson LLP | |
| 2200 Wells Fargo Center | |
| 90 South Seventh Street | |
| Minneapolis, MN 55402-3901 | |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.