IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and<br>SORIN GROUP DEUTSCHLAND GMBH,<br><br>             Plaintiffs,<br><br>    v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS<br>CORP.,<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-410 (JJF)<br>)<br>)<br>)<br>)  |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David J.F. Gross and James W. Poradek, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 to represent plaintiffs in this matter.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL

                                            /s/ *Jack B. Bluimenfeld (#1014)*

                                            Jack B. Blumenfeld (#1014)
                                            Maryellen Noreika (#3208)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE 19899
                                            (302) 658-9200
                                                Attorneys for Plaintiffs Cobe Cardiovascular,
Date:  August 12, 2005                  Inc. and Sorin Group Deutschland GMBH

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

David J.F. Gross
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*/s/ James Poradek*
James W. Poradek
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

<u>CERTIFICATE OF SERVICE</u>

   I, Jack B. Blumenfeld, hereby certify that on August 12, 2005, I caused to be electronically filed Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

  William J. Marsden, Jr.
  Fish & Fichardson

and that I caused copies to be served upon the following in the manner indicated:

**<u>BY HAND</u>**

  William J. Marsden, Jr.
  Fish & Richardson
  919 N. Market Street
  Suite 1100
  Wilmington, DE  19801

            /s/  Jack B. Blumenfeld (#1014)
            Morris, Nichols, Arsht & Tunnell
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE  19899
            (302) 658-9200
            jblumenfeld@mnat.com