IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and<br>SORIN GROUP DEUTSCHLAND GMBH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS<br>CORP.,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-410 (JJF)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Shawn Gordon, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 to represent plaintiffs in this matter.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL

　　　　　　　　　　　　　　　　　　　　*/s/ Maryellen Noreika (#3208)*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Cobe Cardiovascular,
Date:  October 11, 2005　　　　　　　　Inc. and Sorin Group Deutschland GMBH

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Shawn Gordon
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 11, 2005, I caused to be electronically filed Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Marsden, Jr.
Fish & Fichardson

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

William J. Marsden, Jr.
Fish & Richardson
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Mathias W. Samuel
Fish & Richardson
60 South Sixth Street
Suite 3300
Minneapolis, MN  55402

/s/    *Maryellen Noreika (#3208)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com