IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 05-410 (JFF) |
| TERUMO CARDIOVASCULAR SYSTEMS CORP., ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' First Set of Interrogatories Pursuant to Fed. R. Civ. P. 33 and Plaintiffs' First Set of Requests for Production of Documents Pursuant to Fed. R. Civ. P. 34 were caused to be served on November 17, 2005 upon the following in the manner indicated:

BY HAND

William J. Marsden, Jr.
Fish & Richardson P.C.
919 North Market Street
Suite 1100
Wilmington, DE  19801

BY FEDERAL EXPRESS

Mathias W. Samuel
Ann Cathcart Chaplin
Courtney Nelson Wills
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | */s/ Maryellen Noreika (#3208)* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Maryellen Noreika (#3208) |
|  | 1201 N. Market Street |
|  | Wilmington, DE 19899 |
|  | mnoreika@mnat.com |
|  | (302) 658-9200 |
| OF COUNSEL: | Attorneys For Plaintiffs |

David J.F. Gross
James W. Poradek
Nina Y. Wang
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

November 17, 2005