IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> TERUMO CARDIOVASCULAR SYSTEMS CORP., <br><br> Defendant. | C.A. No. 05-410 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2005, true and correct copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES TO SORIN GROUP DEUTSCHLAND GMBH AND DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO SORIN GROUP DEUTSCHLAND GMBH** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA FEDERAL EXPRESS** <br> Jack B. Blumenfeld, Esq. <br> Maryellen Noreika, Esq. <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 | Attorneys for Plaintiffs <br> Cobe Cardiovascular, Inc. and Sorin <br> Group Deutschland GMBH |
| **VIA HAND DELIVERY** <br> David J.F. Gross, Esq. <br> James Poradek, Esq. <br> Julie Knox Chosy, Esq. <br> Faegre & Benson LLP <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, Minnesota 55402-3901 | Attorneys for Plaintiffs <br> Cobe Cardiovascular, Inc. and Sorin <br> Group Deutschland GMBH |

Dated: November 21, 2005                FISH & RICHARDSON P.C.


                                        By: /s/ *William J. Marsden, Jr.*
                                            William J. Marsden, Jr. (#2247)
                                            919 North Market Street, Suite 1100
                                            Wilmington, DE 19801
                                            (302) 778-8401

                                            Mathias W. Samuel
                                            Ann Cathcart Chaplin
                                            Courtney Nelson Wills
                                            60 South Sixth Street, Suite 3300
                                            Minneapolis, MN 55402
                                            (612) 335-5070

                                        Attorneys for Defendant
                                        TERUMO CARDIOVASCULAR SYSTEMS
                                        CORP.


80028387.doc

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 21, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esq.                    *Attorneys for Plaintiffs*
Maryellen Noreika, Esq.                    *Cobe Cardiovascular, Inc. and Sorin*
Morris, Nichols, Arsht & Tunnell          *Group Deutschland GMBH*
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

       I hereby certify that on November 21, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

David J.F. Gross, Esq.                      *Attorneys for Plaintiffs*
James Poradek, Esq.                       *Cobe Cardiovascular, Inc. and Sorin*
Julie Knox Chosy, Esq.                    *Group Deutschland GMBH*
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

                                                         /s/ *William J. Marsden*
                                                         William J. Marsden, Jr.

80028387.doc