# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

November 21, 2005

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    Cobe Cardiosvascular v. Terumo Cardiovascular
              C.A. No. 05-410 (JJF)

Dear Judge Farnan:

      Pursuant to the Court's November 7, 2005 letter, attached is the Scheduling Order proposed by the parties for this case.  Consistent with the Court's practice in other matters, the parties have added a paragraph (par. 9) to the proposed order, setting dates for status conferences during discovery.  If that addition meets with the Court's approval, we would ask the Court to fill in appropriate dates.

                              Respectfully,

                              *Maryellen Noreika (#3208)*

                              Maryellen Noreika

MN/bls
Attachment

    cc:    Peter T. Dalleo, Clerk (By Hand)
             William J. Marsden, Jr., Esquire (By Hand)
             Mathias W. Samuel, Esquire (By Fax)
             James W. Poradek, Esquire (By Fax)