IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> TERUMO CARDIOVASCULAR SYSTEMS CORP., <br><br> Defendant. | C.A. No. 05-410 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 23, 2005, true and correct copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES TO COBE CARDIOVASCULAR, INC. AND DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO COBE CARDIOVASCULAR, INC.** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Plaintiffs*
*Cobe Cardiovascular, Inc. and Sorin*
*Group Deutschland GMBH*

**VIA FEDERAL EXPRESS**
David J.F. Gross, Esq.
James Poradek, Esq.
Julie Knox Chosy, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

*Attorneys for Plaintiffs*
*Cobe Cardiovascular, Inc. and Sorin*
*Group Deutschland GMBH*

Dated: November 23, 2005					FISH & RICHARDSON P.C.


							By: /s/ *Sean P. Hayes*
							     William J. Marsden, Jr. (#2247)
							     Sean P. Hayes (#4413)
							     919 North Market Street, Suite 1100
							     Wilmington, DE 19801
							     (302) 778-8401

							     Mathias W. Samuel
							     Ann Cathcart Chaplin
							     Courtney Nelson Wills
							     60 South Sixth Street, Suite 3300
							     Minneapolis, MN 55402
							     (612) 335-5070

							Attorneys for Defendant
							TERUMO CARDIOVASCULAR SYSTEMS
							CORP.

80028501.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Maryellen Noreika, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | *Attorneys for Plaintiffs*<br>*Cobe Cardiovascular, Inc. and Sorin*<br>*Group Deutschland GMBH* |

I hereby certify that on November 21, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| David J.F. Gross, Esq.<br>James Poradek, Esq.<br>Julie Knox Chosy, Esq.<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901 | *Attorneys for Plaintiffs*<br>*Cobe Cardiovascular, Inc. and Sorin*<br>*Group Deutschland GMBH* |

/s/ *Sean P. Hayes*
Sean P. Hayes

80028501.doc