# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

November 30, 2005

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:    Cobe Cardiovascular v. Terumo Cardiovasular; C.A. No. 05-410 (JJF)

Dear Judge Farnan:

Attached for the Court's review is a revised copy of the parties proposed Scheduling Order. It is identical to the version submitted by the parties on November 21, 2005 except that 1) the date for initial disclosures has been changed from December 7, 2005 to December 14, 2005 and 2) the error in paragraph 3f has been corrected (i.e., the date has been changed from January 26, 2006 to January 26, 2007).

We apologize for any inconvenience.

Respectfully,

/s/ Maryellen Noreika (#3208)

Maryellen Noreika

MN/bls
Attachment

cc:    Peter T. Dalleo, Clerk (By Hand)
       William J. Marsden, Jr., Esquire (By Hand)
       Mathias W. Samuel, Esquire (By Fax)
       James Poradek, Esquire (By Fax)