IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH,<br><br>   Plaintiffs,<br> v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS CORP.,<br><br>   Defendant. | C.A. No. 05-410 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mathias W. Samuel, Ann Cathcart Chaplin, and Gael Diane Lindland to represent defendant Terumo Cardiovascular Systems Corp. in this matter.

Dated: December 6, 2005   FISH & RICHARDSON P.C.

           By: /s/ *William J. Marsden, Jr.*
             William J. Marsden, Jr. (#2247)
             919 North Market Street, Suite 1100
             P.O. Box 1114
             Wilmington, DE 19899-1114
             (302) 652-5070

           Attorneys for Defendant
           TERUMO CARDIOVASCULAR SYSTEMS CORP.

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005     _____
                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Minnesota, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. District Court for the District of Minnesota, State of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the Eastern District of Wisconsin and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 11/4/05, 2005        Signed: _____
                                    Mathias W. Samuel
                                    Fish & Richardson P.C., P.A.
                                    3300 Dain Rauscher Plaza
                                    60 South Sixth Street
                                    Minneapolis, MN 55404
                                    Phone: 612-335-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Minnesota, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. District Court for the District of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Nov 4, 2005          Signed: _____
                                     Ann N. Cathcart Chaplin
                                     Fish & Richardson P.C., P.A.
                                     3300 Dain Rauscher Plaza
                                     60 South Sixth Street
                                     Minneapolis, MN 55404
                                     Phone: 612-335-5070

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Michigan, United States Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 14, 2005          Signed: _____
                                          Gael Diane Lindland
                                          Terumo Cardiovascular Systems
                                          6200 Jackson Road
                                          Ann Arbor, Michigan 48103
                                          Phone: 734-741-6122

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Maryellen Noreika, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | *Attorneys for Plaintiffs*<br>*Cobe Cardiovascular, Inc. and Sorin*<br>*Group Deutschland GMBH* |

I hereby certify that on December 6, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| David J.F. Gross, Esq.<br>James Poradek, Esq.<br>Julie Knox Chosy, Esq.<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901 | *Attorneys for Plaintiffs*<br>*Cobe Cardiovascular, Inc. and Sorin*<br>*Group Deutschland GMBH* |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.
marsden@fr.com

80028050.doc