IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COBE CARDIOVASCULAR, INC. and     :
SORIN GROUP DEUTSCHLAND GMBH,     :
                                  :
        Plaintiffs,                :
                                  :
    v.                            : Civil Action No. 05-410-JJF
                                  :
TERUMO CARDIOVASCULAR SYSTEMS     :
CORP.,                            :
                                  :
        Defendant.                 :

O R D E R

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on December 2, 2005, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Markman Hearing will be held on Monday, November 13, 2006, at 10:00 a.m., in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) A Pretrial Conference will be held on **Thursday, May 10, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3)   Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.

December 12, 2005
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE