# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 05-410 (JFF) |
| TERUMO CARDIOVASCULAR SYSTEMS CORP., ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on December 14, 2005 upon the following in the manner indicated:

BY HAND

William J. Marsden, Jr.
Fish & Richardson P.C.
919 North Market Street
Suite 1100
Wilmington, DE  19801


BY FEDERAL EXPRESS

Mathias W. Samuel
Ann Cathcart Chaplin
Courtney Nelson Wills
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        */s/ Maryellen Noreika (#3208)*
                        _____
                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        1201 N. Market Street
                        Wilmington, DE 19899
                        mnoreika@mnat.com
                        (302) 658-9200
OF COUNSEL:               Attorneys For Plaintiffs

David J.F. Gross
James W. Poradek
Nina Y. Wang
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000


December 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2005, I electronically filed the foregoing Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

William J. Marsden, Jr.
Fish & Richardson P.C.

I also certify that copies were caused to be served on December 14, 2005 upon the following in the manner indicated:

BY HAND

William J. Marsden, Jr.
Fish & Richardson P.C.
919 North Market Street
Suite 1100
Wilmington, DE  19801

BY FEDERAL EXPRESS

Mathias W. Samuel
Ann Cathcart Chaplin
Courtney Nelson Wills
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402

/s/ Maryellen Noreika (#3208)
Maryellen Noreika (#3208)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com