IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH,<br><br>      Plaintiffs,<br><br>    v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS CORP.,<br><br>      Defendant. | C.A. No. 05-410 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2005, true and correct copies of **TERUMO CARDIOVASCULAR SYSTEMS CORPORATION'S INITIAL DISCLOSURES** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA FACSIMILE AND U.S. MAIL**
Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Plaintiffs*
*Cobe Cardiovascular, Inc. and Sorin*
*Group Deutschland GMBH*

**VIA MESSENGER**
David J.F. Gross, Esq.
James Poradek, Esq.
Julie Knox Chosy, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

*Attorneys for Plaintiffs*
*Cobe Cardiovascular, Inc. and Sorin*
*Group Deutschland GMBH*

Dated: December 15, 2005    FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
　　William J. Marsden, Jr. (#2247)
　　Sean P. Hayes (#4413)
　　919 North Market Street, Suite 1100
　　Wilmington, DE 19801
　　(302) 778-8401

　　Mathias W. Samuel
　　Ann Cathcart Chaplin
　　Courtney Nelson Wills
　　60 South Sixth Street, Suite 3300
　　Minneapolis, MN 55402
　　(612) 335-5070

Attorneys for Defendant
TERUMO CARDIOVASCULAR SYSTEMS
CORP.


80028882.doc

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following individuals. A copy was also hand delivered on this date.

Jack B. Blumenfeld, Esq.　　　　　　　　　*Attorneys for Plaintiffs*
Maryellen Noreika, Esq.　　　　　　　　　*Cobe Cardiovascular, Inc. and Sorin*
Morris, Nichols, Arsht & Tunnell　　　　　*Group Deutschland GMBH*
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on December 15, 2005, I have mailed by U.S. Mail, the document(s) to the following non-registered participants:

David J.F. Gross, Esq.　　　　　　　　　　*Attorneys for Plaintiffs*
James Poradek, Esq.　　　　　　　　　　　*Cobe Cardiovascular, Inc. and Sorin*
Julie Knox Chosy, Esq.　　　　　　　　　　*Group Deutschland GMBH*
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901


　　　　　　　　　　　　　　　　　　　　/s/ *William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80028882.doc