# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

January 10, 2006

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

> Re:    Cobe Cardiovascular v. Terumo Cardiovasular; C.A. No. 05-410 (JJF)

Dear Judge Farnan:

I write on behalf of the parties to inform the Court that a tentative settlement has been reached in the above-referenced case. The parties are currently reducing the agreement to writing and hope to have a stipulated order of dismissal submitted to the Court within the next few weeks.

Respectfully,

/s/ Maryellen Noreika (#3208)

Maryellen Noreika

MN/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
William J. Marsden, Jr., Esquire (By Hand)
Mathias W. Samuel, Esquire (By Fax)
James Poradek, Esquire (By Fax)