IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COBE CARDIOVASCULAR, INC. and SORIN GROUP DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> TERUMO CARDIOVASCULAR SYSTEMS CORP., <br><br> Defendant. | C.A. No. 05-410 (JJF) |

**STIPULATION FOR DISMISSAL**

The parties, by their undersigned attorneys, hereby stipulate that all claims in this action are hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| */s/ Maryellen Noreika* | */s/ William J. Marsden, Jr.* |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 N. Market Street <br> Wilmington, DE 19899 <br> mnoreika@mnat.com <br> (302) 351-9278 <br>  *Attorneys for Plaintiffs* <br>  COBE CARDIOVASCULAR, INC. <br>  AND SORIN GROUP DEUTSCHLAND <br>  GMBH | William J. Marsden, Jr. (#2247) <br> 919 North Market Street <br> Suite 1100 <br> Wilmington, DE 19801 <br> marsden@fr.com <br> (302) 778-8401 <br>  *Attorney for Defendant* <br>  TERUMO CARDIOVASCULAR <br>  SYSTEMS CORP. |

February 13, 2006